UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

DEC 19 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **07CR 0851** |
| | ) | Hon. Sidney I. Schenkier |
| v. | ) | |
| | ) | |
| FRANCISCO MENDEZ-NUNEZ | ) | |
| SALVADOR GARCIA | ) | |
| FRANCISCO MENDEZ JR. | ) | |
| JAVIER GARCIA | ) | |
| FRANCISCO SOTO | ) | |
| JUAN DURAN | ) | |
| OSCAR ANDRADE | ) | |
| VICTOR VELAZQUEZ | ) | |
| DON MCNISH | ) | |

## GOVERNMENT'S MOTION TO SEAL CRIMINAL COMPLAINT AND WARRANTS

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that the criminal complaint and arrest warrants be and remain under seal for a period through and including December 28, 2007, or until the arrest of the defendants, whichever is sooner, or until further order of this Court.

In support of its motion, the government states that the investigation into criminal activity is continuing and that the disclosure of the information contained in the complaint and the existence of the warrants may have a negative impact on the ongoing investigation, jeopardize its effectiveness, and create an opportunity for the defendants to abscond and destroy evidence.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
MARK E. SCHNEIDER
Assistant U.S. Attorney

Dated: December 19, 2007