# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. MENDEZ-NUNEZ et al
FOR: Northern District of IL, Eastern Division

**LOCATION NUMBER:**

**PERSON REPRESENTED** (Show your full name): OSCAR ANDRADE

- ☒ 1 Defendant – Adult
- ☐ 2 Defendant – Juvenile
- ☐ 3 Appellant
- ☐ 4 Probation Violator
- ☐ 5 Parole Violator
- ☐ 6 Habeas Petitioner
- ☐ 7 2255 Petitioner
- ☐ 8 Material Witness
- ☐ 9 Other (Specify)

**DOCKET NUMBERS:**
- Magistrate:
- District Court: 07CR851-7
- Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

21 USC 841a

FILED DEC 20 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed
- Name and address of employer: Cellular Advantage
- IF YES, how much do you earn per month? $ 1600
- IF NO, give month and year of last employment. How much did you earn per month? $ ____
- If married is your Spouse employed? ☐ Yes  ☐ No   D N A
- IF YES, how much does your Spouse earn per month? $ ____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
- RECEIVED / SOURCES
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ ____ THE SOURCES ____

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes  ☐ No  IF YES, state total amount $ 900

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
- VALUE / DESCRIPTION
- IF YES, GIVE THE VALUE AND $ ____ DESCRIBE IT ____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 4

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditor | Total Debt | Monthly Payt. |
|---|---|---|---|
| Rent | | $ | $ 900 |
| Utilities | | $ | $ |
| Food + Clothes | | $ | $ 500 |
| Credit Cards | | $ | $ 100 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12-20-07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Oscar Andrade