# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 851 - 7 | **DATE** | 12/27/2007 |
| **CASE TITLE** | United States of America vs. Oscar Andrade | | |

**DOCKET ENTRY TEXT**

Case called for detention hearing. By agreement of the parties, the defendant is released on a $75,000.00 own recognizance bond. Enter order setting conditions of release. The defendant waives his preliminary examination hearing. Th e Court enters a finding of probable cause.  The Court  holds the defendant bound to answer charges in the district court.

■ [ For further detail see separate order(s).]                                                                    Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|