Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 0851 | **DATE** | **MARCH 18, 2008** |
| **CASE TITLE** | US v. FRANCISCO MENDEZ-NUNEZ, et al | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

### SPECIAL FEBRUARY 2008-1

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____ MAGISTRATE JUDGE KEYS

Docket Entry:

# MAGISTRATE JUDGE SCHENKIER

NO BOND SET, DETAINED BY MAGISTRATE AS TO FRANCISCO MENDEZ-NUNEZ, SALVADOR GARCIA, and JUAN DURAN. BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO FRANCISCO MENDEZ, JR., JAVIER GARCIA, FRANCISCO SOTO, OSCAR ANDRADE, VICTOR VELAZQUEZ, and DON McNISH.

JUDGE GETTLEMAN

# FILED

NF

MAR 1 8 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                         UNDER SEAL)

| | | | | Number of notices | DOCKET# |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | |
| | No notices required. | | | Date docketed | |
| | Notices mailed by judge's staff. | | | Docketing dpty. initials | |
| | Notified counsel by telephone. | | | | |
| | Docketing to mail notices | | | Date mailed notice | |
| | Mail AO 450 form. | | | | |
| | Copy to judge/magistrate judge. | | | Mailing dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |