UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | No. 07 CR 851-7 |
| | ) | |
| v. | ) | Judge Robert Gettleman |
| | ) | |
| | ) | |
| OSCAR ANDRADE | ) | |
| Defendant | ) | |

### NOTICE OF MOTION

**To: Following Service List**

   PLEASE TAKE NOTICE that on Thursday, June 5, 2008, at 9:15 a.m., I will present before Judge Robert Gettleman, Room 1703, in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, the following, **MOTION TO MODIFY THE CONDITIONS OF RELEASE**, in the above captioned case, a copy which is being served upon you.

   The undersigned, an attorney, certifies that he caused copies of the foregoing pleading, along with this Notice of Motion, to be served upon the following service list, by the method described in said service list, on June 2, 2008.


                                     s/
                                     Charles J. Aron
                                     Attorney for Oscar Andrade

Charles J. Aron
19 West Jackson
Suite #212
Chicago, Illinois 60604
(312) 986-8012

# SERVICE LIST

**Notice was electronically mailed to:**

Meghan C. Morrissey
meghan.morrissey@usdoj.gov

Pretrial Services
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov

Probation Department
Intake_Docket_ILNP@ilnp.uscourts.gov