UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | No. 07 CR 851-7 |
| | ) | |
| v. | ) | Judge Robert Gettleman |
| | ) | |
| | ) | |
| OSCAR ANDRADE | ) | |
| Defendant | ) | |

## NOTICE OF FILING

**To: Following Service List**

    **PLEASE TAKE NOTICE** that on June 2, 2008, the undersigned caused to be filed, by electronic filing, with the Clerk of the United States District Court for the Northern District of Illinois, on behalf of the Defendant Oscar Andrade, a **MOTION TO MODIFY THE CONDITIONS OF RELEASE**, a copy of which is being served upon you.

    The undersigned, an attorney, certifies that he caused copies of the foregoing pleadings, along with this Notice of Filing, to be served upon the following service list, by the method described in said service list, on June 2, 2008.

                                                                               s/
                                                                               Charles J. Aron
                                                                               Attorney for Oscar Andrade

Charles J. Aron
19 West Jackson
Suite #212
Chicago, Illinois 60604
(312) 986-8012

# SERVICE LIST

**Notice was electronically mailed to:**

Meghan C. Morrissey
meghan.morrissey@usdoj.gov

Pretrial Services
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov

Probation Department
Intake_Docket_ILNP@ilnp.uscourts.gov