# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                               Case No.: 1:07–cr–00851
                                                          Honorable Robert W. Gettleman

Francisco Mendez–Nunez, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

    MINUTE entry before the Honorable Robert W. Gettleman: Motion to modify conditions of release [140] by allowing the removal of the electronic monitoring component of that order is granted as to Oscar Andrade (7); as to Oscar Andrade; Motion hearing held on 6/5/2008 regarding said motion. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.