# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 851 -all | DATE | 8/1/2008 |
| CASE TITLE | U S A  vs  Francisco Mendez-Nunez, et al | | |

**DOCKET ENTRY TEXT:**

Government's motion [129] for a protective order to preserve property for criminal forfeiture is granted.

[For further detail see separate order]
[Docketing to Mail Notices]

00:00

Courtroom Deputy Initials: GDS